IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00376-WDM

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

GERALD BOREN

        Defendant(s).

---

ORDER TO CURE DEFICIENCY

---

Miller, Judge

    Defendant Gerald Boren submitted a Notice of Appeal on September 15, 2006 . The court has determined that the document(s) is deficient as described in this order. Defendant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**     **Filing Fee**
          _X_   is not submitted

**(B)**     **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
          ___   is not submitted
          ___   is not on proper form (must use the court's current form)
          ___   is missing original signature by plaintiff/petitioner on motion
          ___   is missing affidavit
          ___   affidavit is incomplete
          ___   is missing original signature by plaintiff/petitioner on affidavit
          ___   affidavit is not notarized or is not properly notarized
          ___   other_____

Accordingly, it is

    ORDERED that cure the deficiencies designated above within 30 days from the date of

1

this order. Any papers that filed in response to this order must include the criminal action number on this order. It is

FURTHER ORDERED that, if defendant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the case may be dismissed.

DATED at Denver, Colorado this 26th day of September, 2006.

BY THE COURT:

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO